UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA LE CHABRIER, | No.  2:14-cv-1624 CKD P |
| Plaintiff, | |
| v. | ORDER |
| ANDRE MATEVOUSIAN, | |
| Respondent. | |

The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455(a). The Clerk of the Court is hereby directed to randomly refer this case to another magistrate judge for all further proceedings.

Dated: July 11, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
lech1624.rec